■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL RODRIGUEZ, Appellant. [617 NYS2d 696] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Criminal Pos-

session Controlled Substance, 5th Degree.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.